AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     St. Louis County

Date of Service:     11/18/16

# Method of Service

X   Personally served at this address: _100 N 5th Ave West Duluth mn # 214_

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

# Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _David J. Lunda_

Signature of Server:

Date:    _11/21/16_

Server's Address:

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 9:04am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the St. Louis County therein named, personally at 100 N. 5th Ave. West, Room 214, Duluth, 55802, County of St. Louis, State of Minnesota, by handing to and leaving with Nancy Nilsen, Chief Deputy Auditor, agent authorized to accept service a true and correct copy thereof.

Subscribed and Sworn to Before Me this



21st Day of November, 2016 David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Linnea Mirsch

Date of Service:        _11/18/16_

## Method of Service

X__   Personally served at this address: _4720 Burning tree Rd Duluth mn 55811_

_____   Left copies at defendant's usual place of abode with (name of person):

_____   Other (specify):

_____   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _David J. Lunda_

Signature of Server:        _____

Date:        _11/21/16_

Server's Address:        _____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 9:36am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Linnea Mirsch therein named, personally at 4720 Burning Tree Rd., Duluth, 55811, County of St. Louis, State of Minnesota, by handing to and leaving with Linnea Mirsch a true and correct copy thereof.

Subscribed and Sworn to Before Me this



21ˢᵗ Day of November, 2016 David J. Lunda

Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Linnea Mirsch

Date of Service:  _____11/18/16_____

## Method of Service

_X_ Personally served at this address: _4720 Burning Tree Rd Duluth mn_

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  _David J. Lunda_

Signature of Server:  _____

Date:  _1/21/16_

Server's Address:  _____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

Court File No.
16-cv-03919PAM/LIB

v.

AFFIDAVIT OF SERVICE

St. Louis County, et al.,
      Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 9:36am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Linnea Mirsch, in her official capacity as Interim Director of St. Louis County Public Health and Human Services therein named, personally at 4720 Burning Tree Rd., Duluth, 55811, County of St. Louis, State of Minnesota, by handing to and leaving with Linnea Mirsch, Interim Director a true and correct copy thereof.

Subscribed and Sworn to Before Me this

21ˢᵗ Day of November, 2016 David J. Lunda

Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       Fairview Health Services

Date of Service:       _11/17/16_

## Method of Service

_X_ Personally served at this address:   _2450 Riverside Ave Minneapolis_

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _David J. Lunda_

Signature of Server:   _____

Date:   _11/21/16_

Server's Address:   _____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 17th day of November, 2016 at 3:17pm he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Fairview Health Services, a Minnesota Nonprofit Corporation therein named, personally at 2450 Riverside Ave., Minneapolis, 55454, County of Hennepin, State of Minnesota, by handing to and leaving with Trudi Trysla, General Counsel, agent authorized to accept service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

\_\_21ˢᵗ\_\_Day of November, 2016 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078


RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Park Nicollet Health Services

Date of Service:    11.18.16

## Method of Service

X  Personally served at this address:  8170 33rd Ave S
Bloomington, MN 55425

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Lynn Mason

Signature of Server:    Mason

Date:    11.21.16

Server's Address:

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

Court File No.
16-cv-03919PAM/LIB

v.

AFFIDAVIT OF SERVICE

St. Louis County, et al.,
     Defendant(s).

State of Minnesota
County of Hennepin
(County Affidavit signed in)

Lynn Mason, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 11:50am she served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on Park Nicollet Health Services, a Minnesota Nonprofit Corporation  therein named, personally at 8170 33rd Ave. S., Bloomington, 55425, County of Hennepin, State of Minnesota, by handing to and leaving with Sandra Andrein, Deputy General Cousel, agent authorized for service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

_21 st_ Day of November, 2016 Lynn Mason

_____
Notary Public

DAVID J. LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires January 31, 2020

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          St. Louis County School District

Date of Service:          _____ 11 / 18 / 16 _____

## Method of Service

X    Personally served at this address: _7493 Harris Rd   Canyon Mn_
_Left with Chair of the St. Louis County School Board_
_Chet Larson_

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:          David J. Lunda

Signature of Server:          _____

Date:          11/21/16

Server's Address:

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 11:56am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the St. Louis County School District therein named, personally at 7493 Harris Rd., Canyon, 55717, County of St. Louis, State of Minnesota, by handing to and leaving with Chet Larson, Chair of School Board, agent authorized to accept service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

_21st_ Day of November, 2016 David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

███████████████████████████████████████

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16−cv−03919−PAM−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Michael Johnson

Date of Service:        _11 / 18 /16_____

## Method of Service

_X_  Personally served at this address: _Hobby Lobby Parking lot at_
_____ _1734 mall Dr Duluth Mn 55811_

_____  Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

_____  Other (specify):
_____
_____
_____

_____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _David J. Lunda_____

Signature of Server:        _____

Date:        _11 /21 /16_____

Server's Address:        _____
_____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

Plaintiff(s),

Court File No.
16-cv-03919PAM/LIB

v.

AFFIDAVIT OF SERVICE

St. Louis County, et al.,
Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 10:11am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Michael Johnson therein named, personally in the parking lot of Hobby Lobby: 1734 Mall Dr., Duluth, 55811, County of St. Louis, State of Minnesota, by handing to and leaving with Michael Johnson a true and correct copy thereof.

Subscribed and Sworn to Before Me this

_21st_ Day of November, 2016 David J. Lunda

Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

█████████████████████████████████████████████████

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Michael Johnson

Date of Service:     _____ 11 / 18 / 16 _____

## Method of Service

X    Personally served at this address: Hobby Lobby Parking lot at 1774 Mall Dr Duluth mn 55811

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     David J. Lunda

Signature of Server:     _____

Date:     11 / 21 / 16

Server's Address:     _____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 18th day of November, 2016 at 10:11am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Michael Johnson in his official capacity as Principal of the Cherry School therein named, personally in the parking lot of Hobby Lobby: 1734 Mall Dr., Duluth, 55811, County of St. Louis, State of Minnesota, by handing to and leaving with Michael Johnson, Principal , agent authorized to accept service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

_21st_ Day of November, 2016 David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       J.D.K.

Date of Service:       _____11/19/16_____

## Method of Service

X̲   Personally served at this address:   _2014 1st Ave Hibbing Mn_
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

_____ Other (specify):
_____
_____
_____

_____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:       _David J. Lunda_

Signature of Server:       _____

Date:       _11/21/16_

Server's Address:       _____
_____
_____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of November, 2016 at 8:47am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Joseph David Karl therein named, personally at 2014 1st Ave., Hibbing, 55746 , County of St. Louis, State of Minnesota, by handing to and leaving with Joseph David Karl a/k/a Elizabeth Jo Karl a true and correct copy thereof.

Subscribed and Sworn to Before Me this

2 1st Day of November, 2016 David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03919-PAM-LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  J.D.K.

Date of Service:  _11/19/16_

## Method of Service

__X__ Personally served at this address:  _7282 Admiral Rd From Mn
                                          Lest with J.D.K Mother
                                          Anmarie Calgaro_

_____ Left copies at defendant's usual place of abode with (name of person): _____

_____ Other (specify): _____

_____ Returned unexecuted (reason): _____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  _David J. Lunde_

Signature of Server:  _____

Date:  _11/21/16_

Server's Address:  _____

**Twin City Process Service, LLC**
5416 Jefferson Court
St. Paul, MN 55110

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of November, 2016 at 9:35am he served the following: Summons in a Civil Action; Verified Complaint for Declaratory Relief and Injunction, Demand for Jury Trial; Civil Cover Sheet; Exhibits A-C on the Joseph David Karl therein named, personally at 3782 Admiral Rd., Iron, 55751, County of St. Louis, State of Minnesota, by handing to and leaving with Anmarie Calgaro, Mother a true and correct copy thereof.

Subscribed and Sworn to Before Me this

21ˢᵗ Day of November, 2016 David J. Lunda

_____

Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

United States District Court
District of Minnesota

Anmarie Calgaro

      Plaintiff(s),

v.

St. Louis County, et al.,
      Defendant(s).

Court File No.
16-cv-03919PAM/LIB

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 17th day of November, 2016 at 3:44pm he served the following: Complaint on the Minnesota Attorney General therein named, personally at 445 Minnesota St. 31100, St. Paul, 55101, County of Ramsey, State of Minnesota, by handing to and leaving with Jacob Campion, Assistant Attorney General, an expressly authorized agent for service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

21st Day of November, 2016 David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078