UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anmarie Calgaro, | Court File No.: 16-cv-3919 (PAM/LIB) |
| Plaintiff, | |
| v. | |
| St. Louis County; Linnea Mirsch, individually and in her official capacity as Interim Director of St. Louis Count Public Health and Human Services; Fairview Health Services, a Minnesota nonprofit corporation; Park Nicollet Health Services, a nonprofit corporation; St. Louis County School District; Michael Johnson, individually and in his official capacity as Principal of the Cherry School, St. Louis County School District; and J.D.K, | **DEFENDANT E.J.K.'s (IDENTIFIED IN CAPTION AS "J.D.K.") MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** |
| Defendants. | |

Defendant E.J.K. (identified in Caption as "J.D.K.") moves to dismiss all claims against E.J.K. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant E.J.K.'s supporting Memorandum of Law and other supporting materials will be filed with the Court pursuant to the schedule provided in the Court's Amended Order dated November 28, 2016 [Docket No. 5].

1

| | |
|---|---|
| Dated:  December 1, 2016 | Respectfully submitted |
| | */s/Martin S. Chester* |
| | Martin S. Chester, #031514 |
| | Michael A. Ponto, #203944 |
| | FAEGRE BAKER DANIELS LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN  55402 |
| | 612.766.7000 |
| | Martin.chester@faegrebd.com |
| | Michael.ponto@faegrebd.com |
| | |
| | **Attorneys for Defendant E.J.K. (identified in caption as "J.D.K.")** |

US.109182086.01